UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:13-00097-4 |
| | ) | |
| NICHOLAS ADAM YOUNG | ) | |

### O R D E R

Defendant appeared in Court on May 29, 2014, pursuant to an Order by the undersigned, following a report from the United States Probation Office that Defendant had violated the terms and conditions of his pretrial release.

At the hearing on May 29, 2014, Defendant was advised of the alleged violations. A hearing will be held July 1, 2014, at 1:30 p.m., and Defendant shall remain on release on the same conditions previously imposed on June 3, 2013, pending further Order of the Court.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge