UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| NICHOLAS ADAM YOUNG [4] | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Hold Change of Plea Hearing (Docket No. 492).

The motion is GRANTED and the hearing is hereby scheduled for Tuesday, June 17, 2014, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE