UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 3:13-00097-4 |
| | ) | Magistrate Judge Knowles |
| **NICHOLAS ADAM YOUNG** | ) | |

**O R D E R**

The Court has been advised that Defendant has been compliant with his conditions since the last hearing on May 29, 2014. Therefore, pursuant to agreement of the parties, the bond revocation hearing set for July 1, 2014, at 1:30 p.m. is CANCELLED.

IT IS SO ORDERED.

_E. Clifton Knowles_
E. CLIFTON KNOWLES
United States Magistrate Judge