## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-00097-4 |
| | ) | Magistrate Judge Knowles |
| NICHOLAS ADAM YOUNG | ) | |

### O R D E R

The Court has been advised that Defendant has been compliant with his conditions since the last hearing on May 29, 2014. Therefore, pursuant to agreement of the parties, the bond revocation hearing set for July 1, 2014, at 1:30 p.m. is CANCELLED.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge